**RECEIVED**
**OCT 04 2018**
CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

09CR135

Leave to file GRANTED

*[signature]* Beryl A. Howell
Beryl A. Howell      Date 10/4/2018
Chief Judge
United States District Court

Construing letter as motion to require government and BOP to comply with terms of restitution order

Dear Your Honor,

You recently presided over my violation of probation hearing on September 7, 2018. I was sentenced by Judge Roberts on my original case. I am writing in reference to my federal restitution payments (FRP), from my 2008 conviction. Upon my arrival at Secure Female Facility - Hazelton on March 6, 2018, I was informed by the unit counselor that my FRP payments would be $25 every three months beginning in June 2018. After the first payment in June, the counselor informed me that beginning in July my FRP would increase to $135 monthly because of deposits to my account that my family sends me for commissary purchases.

I made three payments July through September. In September, the counselor informed me that beginning in October, my FRP would be $236 per month because my family has increased the amount that they send to my account. However, the reason that my family has increased the amount that they send to me is to cover my FRP and still be able to purchase hygiene, food and other necessary items from commissary. There is no Unicor at this facility, therefore, there are no jobs that pay over $30 per month. I am dependent on the income that I receive from my family and I cannot continue to afford increases in my FRP each month.

While I was out on probation and was employed, I was only obligated to pay $100 per month.

Now that I am incarcerated, unemployed, and dependent on outside sources for money, how am I expected to pay over $200 per month? I respectfully request that Your Honor put a cap on my FRP payments at $50 per month until I am released and am able to earn my own income and make payments accordingly.

Sincerely,

Lesha Armstrong 16857-899
SFF- Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525